**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――――

**No. 96-1310**

―――――――――――

ATHILLA MARIA HARRIS,

Plaintiff - Appellant,

versus

ARLINGTON COUNTY, VIRGINIA; ANTON S. GARDNER,
County Manager; RON CARLEE, Director, De-
partment of Human Services; SUSANNE EISNER,
Department of Human Services; KITTY CLARK,
Department of Personnel; KAY WEST, Department
of Human Services; MARSHA ALLGEIER, Department
of Human Services; CECILIA TANNER, Department
of Human Services; WALTER ZAUMSEIL, Department
of Human Services,

Defendants - Appellees.

―――――――――――

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Alexandria.  Albert V. Bryan, Jr., Senior
District Judge. (CA-95-853-A)

―――――――――――

Argued:  January 29, 1997          Decided:  March 12, 1997

―――――――――――

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

―――――――――――

Affirmed by unpublished per curiam opinion.

―――――――――――

**ARGUED:** Anne Therese Taylor, JOHNSTON, RIVLIN & FOLEY, L.L.P., Washington, D.C., for Appellant. Scott Sanford Cairns, MCGUIRE, WOODS, BATTLE & BOOTHE, L.L.P., Richmond, Virginia, for Appellees. **ON BRIEF:** Robert O. Johnston, JOHNSTON, RIVLIN & FOLEY, L.L.P., Washington, D.C., for Appellant. Lisa Bryant-Fowler, Assistant County Attorney, Office of the County Attorney, COUNTY OF ARLINGTON, Arlington, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Athilla Harris, who was terminated as an employee of Arlington County, Virginia, appeals an order of the district court granting summary judgment to the County and individual defendants on her claims (i) that she was discriminated against on the basis of race and disability in violation of 42 U.S.C. § 1981 and 42 U.S.C. § 2000e et seq. (Title VII) and the Americans with Disabilities Act, 42 U.S.C. § 12112, and (ii) that she was denied due process protections (based on her assertion that she was a permanent employee of the County) in violation of the Fourteenth Amendment to the United States Constitution and 42 U.S.C. §§ 1981, 1983, 1985, and 1986. After consideration of the parties' briefs, the record, and the oral arguments of counsel, we conclude that the district court correctly granted summary judgment to the County and the other named defendants on each of Harris's claims. Accordingly, we affirm on the reasoning of the district court. See Harris v. Arlington County, Virginia, No. 95-853-A (E.D. Va. Dec. 22, 1995).

AFFIRMED